# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davison, Paul E. | US District Court, SDNY | 6/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

300 Quarropas Street
White Plains, New York 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 6/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Hoguet Newman Regal & Kenney - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 6/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JP Morgan Chase Bank Account | | None | K | T | | | | | |
| 2. Aberdeen Asia Pacific Income Fund (FAX) | B | Int./Div. | K | T | | | | | |
| 3. BlackRock Intl Index Instl (MAIIX) | C | Int./Div. | M | T | Buy (add'l) | 01/04/19 | J | | |
| 4. | | | | | Sold (part) | 11/18/19 | J | | |
| 5. Columbia Small Cap Index R5 (CXXRX) | C | Int./Div. | L | T | Sold (part) | 01/30/19 | J | | |
| 6. Consolidated Edison (ED) | A | Dividend | K | T | | | | | |
| 7. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 8. DFA Emerging Markets Value (DFEVX) | B | Int./Div. | L | T | | | | | |
| 9. DFA Targeted Credit Portfolio (DTCPX) | A | Int./Div. | | | Sold | 09/19/19 | K | | |
| 10. Disney (DIS) | A | Dividend | L | T | | | | | |
| 11. Dreyfus S&P 500 Stock Index R (DSPIX) | C | Int./Div. | N | T | Buy (add'l) | 01/04/19 | J | | |
| 12. | | | | | Sold (part) | 11/18/19 | K | | |
| 13. Fidelity Cash Reserve (Qual) (FDRXX) | A | Int./Div. | K | T | | | | | |
| 14. Fidelity Government Money Market (SPAXX) | A | Int./Div. | K | T | | | | | |
| 15. Fidelity Inflation Protected Bond Index (FIPDX) (Formerly FSIYX) | B | Int./Div. | L | T | | | | | |
| 16. Fidelity Short Term Treasury Bond Index (FUMBX) | A | Int./Div. | K | T | Sold (part) | 04/29/19 | J | | |
| 17. Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares 0-5 Year Investment Grade Corporate Bond ETF (SLQD) | B | Int./Div. | L | T | Buy | 03/20/19 | K | | |
| 19. iShares Core MSCI Emerging Markets (IEMG) | B | Int./Div. | K | T | | | | | |
| 20. iShares Core US Value (IUSV) | A | Int./Div. | K | T | | | | | |
| 21. iShares MBS ETF (MBB) | A | Int./Div. | K | T | Buy | 09/19/19 | K | | |
| 22. iShares S&P 500 (IVV) | B | Int./Div. | K | T | | | | | |
| 23. Johnson & Johnson (JNJ) | B | Int./Div. | L | T | | | | | |
| 24. Lord Abbett Short Duration Income R5 (LDLTX) | B | Int./Div. | M | T | Buy (add'l) | 01/04/19 | J | | |
| 25. | | | | | Buy (add'l) | 11/18/19 | L | | |
| 26. Nuveen Build Amer Bd Fd (NBB) | B | Int./Div. | | | Redeemed (part) | 02/19/19 | K | | |
| 27. | | | | | Sold (part) | 04/29/19 | K | | |
| 28. | | | | | Sold | 08/01/19 | K | | |
| 29. Nuveen NY Select (NXN) | B | Int./Div. | | | Sold | 12/02/19 | J | A | |
| 30. Nuveen Select Tax-Free Income (NXQ) | A | Int./Div. | | | Sold | 12/02/19 | K | B | |
| 31. PIMCO Income Institutional (PIMIX) | C | Int./Div. | L | T | | | | | |
| 32. Powershares Build America Bond (BAB) | B | Int./Div. | L | T | Buy | 03/20/19 | K | | |
| 33. | | | | | Buy (add'l) | 08/01/19 | K | | |
| 34. SPDR Barclays Municipal (TFI) | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Davison, Paul E.** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Stone Ridge Reinsurance Reinsurance Risk Premium (SRRIX) | A | Int./Div. | K | T | | | | | |
| 36. | Vanguard GNMA Admiral (VFIJX) | B | Int./Div. | L | T | Buy (add'l) | 04/29/19 | L | | |
| 37. | Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | K | T | | | | | |
| 38. | TRUST #1 (H) | | | | | | | | | |
| 39. | DFA Emerging Market Value (DFEVX) | B | Int./Div. | L | T | | | | | |
| 40. | -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 41. | -Fidelity Spartan 500 Index (FXAIX) | C | Int./Div. | M | T | | | | | |
| 42. | -Fidelity Extended Market Index (FSMAX) | B | Int./Div. | K | T | | | | | |
| 43. | Fidelity Short Term Treasury Bond Index (FUMBX) | B | Int./Div. | M | T | | | | | |
| 44. | -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | K | T | | | | | |
| 45. | -Fidelity Total Market Index (FSKAX) | D | Int./Div. | N | T | | | | | |
| 46. | Fidelity Treasury Fund (FZFXX) | B | Int./Div. | M | T | | | | | |
| 47. | -iShares MSCI EAFE Index (EFA) | C | Int./Div. | M | T | | | | | |
| 48. | -iShares MSCI Emerging Markets Index (EEM) | B | Int./Div. | M | T | | | | | |
| 49. | -iShares Russell 1000 Index (IWB) | B | Int./Div. | L | T | | | | | |
| 50. | -iShares S&P 500 Index (IVV) | C | Int./Div. | M | T | Sold (part) | 07/25/19 | K | D | |
| 51. | -Nuveen Energy MLP Total Return (JMF) | C | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 6/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Nuveen NY Municipal Dividend Advantage (NAN) | C | Int./Div. | K | T | Sold (part) | 06/05/19 | J | B | |
| 53. | | | | | Sold (part) | 11/01/19 | J | C | |
| 54. | | | | | Sold (part) | 12/20/19 | K | D | |
| 55.   -S&P Dep Receipts (SPY) | B | Int./Div. | L | T | | | | | |
| 56.   Schwab Intermediate Term Treasury Fund (SCHR) | B | Int./Div. | M | T | | | | | |
| 57.   Schwab US TIPs Fund (SCHP) | C | Int./Div. | M | T | | | | | |
| 58.   -SPDR Barclays Municipal (TFI) | B | Int./Div. | L | T | | | | | |
| 59.   -SPDR Dow Jones Industrial Average (DIA) | B | Int./Div. | L | T | | | | | |
| 60.   -Vanguard FTSE (VSS) | B | Int./Div. | K | T | | | | | |
| 61.   -Vanguard Short Term Corp Bond (VCSH) | B | Int./Div. | L | T | | | | | |
| 62.   NY 529 Account (H) | | | | | | | | | |
| 63.   Interest Accumulation Portflio | A | Int./Div. | J | T | Buy | 12/06/19 | J | | |
| 64. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 6/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 26, shares of NBB were tendered as part of an offer by the fund company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544